```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02450
   JIMMY W NULL JR
   AMY COLLEEN NULL                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3707    SSN XXX-XX-7405


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/12/07 .

     2.  The case was dismissed without confirmation, 08/17/2007.

     3.  The Debtor paid a total of $   8658.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NEW CENTURY MORTGAGE | SECURED | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | SECURED VEHIC | .00 | .00 | 1600.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | 383.30 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HYCITE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY CARD SERVI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK TRUST NATIONAL A | UNSECURED | NOT FILED | .00 | .00 |
| US BANK TRUST NATIONAL A | UNSECURED | NOT FILED | .00 | .00 |
| US BANK TRUST NATIONAL A | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:

```
                    SECURED      PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00         .00          .00           .00
PRINCIPAL PAID       1983.30          .00         .00          .00       1983.30
INTEREST PAID            .00          .00         .00          .00           .00
TOTAL PAID           1983.30          .00         .00          .00       1983.30
```

The Debtor's attorney, GARY L SHILTS                , was allowed $   2500.00 and was paid $    2500.00 .

The Trustee received $     119.69 .

Refunds to the Debtor totaled $   4055.01 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE


                              PAGE   2
       CASE NO. 07 B 02450 JIMMY W NULL JR & AMY COLLEEN NULL